Frank A. Silane (State Bar No.: 90940)
Jennifer J. Johnston (State Bar No.: 125737)
James C. Finney (State Bar No.: 237441)
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile: (310) 557-1299
Email: fsilane@condonlaw.com
Email: jjohnston@condonlaw.com
Email: jfinney@condonlaw.com

Attorneys for Defendant
MEXICANA AIRLINES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARICELA RAMIREZ, | Case No. C 05 4065 WHA |
| Plaintiff, | STIPULATION FOR PROTECTIVE ORDER AND [PROPOSED] ORDER THEREON |
| vs. | |
| UNITED AIRLINES, INC., a foreign corporation; COMPANIA MEXICANA DE AVIACION, S.A. DE C.V., a Mexican corporation doing business as MEXICANA AIRLINES (an assumed business name), and JOHN DOES 1 THROUGH 10, | |
| Defendants. | |

Plaintiff MARICELA RAMIREZ and defendant MEXICANA AIRLINES (hereinafter "MEXICANA"), through their respective attorneys of record herein, stipulate as follows:

## Recitals

Whereas, Plaintiff has requested that MEXICANA produce a copy of the passenger list for Mexicana flight No. 905 on October 9, 2003 (the "Passenger List");

STIPULATION FOR PROTECTIVE ORDER
CASE NO. C 05 4065 WHA

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

1    Whereas, 14 C.F.R. Part 243 prohibits the use or dissemination of passenger

2  lists and contact information for commercial or marketing purposes and prohibits

3  the release of passengers lists and contact information to anyone other than the

4  United States State Department, the National Transportation Safety Board and the

5  United States Department of Transportation.

6                                Stipulation

7    Plaintiff shall not disseminate, transmit or provide access to the Passenger

8  List other than to plaintiff's Pro Hac Vice attorney Thomas J. Flaherty and the staff

9  employed by Thomas J. Flaherty and plaintiff's attorneys at the Law Offices of

10  Sterns & Walker and the staff employed by the Law Offices of Sterns & Walker;

11    Use of the Passenger List by plaintiff, plaintiff's Pro Hac Vice attorney

12  Thomas J. Flaherty and the staff employed by Thomas J. Flaherty and plaintiff's

13  attorneys at the Law Offices of Sterns & Walker and the staff employed by the

14  Law Offices of Sterns & Walker shall be permitted only for purposes of the

15  litigation in the above-referenced action;

16    Upon a resolution of the above-referenced action either in judgment,

17  dismissal, or settlement, plaintiff shall immediately destroy the Passenger List and

18  all copies or reproductions of the Passenger List.

19    Upon the destruction of the Passenger List, plaintiff's Pro Hac Vice attorney

20  Thomas J. Flaherty shall confirm in writing to MEXICANA, through its attorneys

21  at Condon & Forsyth, LLP, 1901 Avenue of the Stars, Suite 850, Los Angeles,

22  California 90067-6010, that the Passenger List and all copies or reproductions of

23  the Passenger List have been destroyed.

24

25

26

27

28

-2-

STIPULATION FOR PROTECTIVE ORDER
CASE NO. C 05 4065 WHA

Case 3:05-cv-04065-WHA Document 51 Filed 03/23/2006 Page 3 of 3

1  Dated: ~~February~~ March 13, 2006                THOMAS J. FLAHERTY ATTORNEY
2                                                      AT LAW

3

4  By: _Thomas J. Flaherty_____
5                                                      THOMAS J. FLAHERTY
                                                       Pro Hac Vice Attorney for Plaintiff
6                                                      MARICELA RAMIREZ

7  Dated: ~~February~~ March 21, 2006                STERNS & WALKER

8

9  By: _Brenda Posada_____
10                                                     BRENDA D. POSADA
                                                       Attorneys for Plaintiff
11                                                     MARICELA RAMIREZ

12  Dated: February 17, 2006                         CONDON & FORSYTH LLP

13

14  By: _Jennifer J. Johnston_____
15                                                     FRANK A. SILANE
                                                       JENNIFER J. JOHNSTON
16                                                     JAMES C. FINNEY
                                                       Attorneys for Defendant
17                                                     MEXICANA AIRLINES

18

19       Good Cause Appearing, IT IS SO ORDERED.

20

21                                              APPROVED
                                                Judge William H. Alsup
22                                         UNITED STATES DISTRICT COURT
                                         NORTHERN DISTRICT OF CALIFORNIA

23  Dated: March 23, 2006

24                                                     _____
                                                       WILLIAM H. ALSUP
25                                                     United States District Judge

26

27

28

_____  -3-
STIPULATION FOR PROTECTIVE ORDER
CASE NO. C 05 4065 WHA

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030