IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARICELA RAMIREZ,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED AIRLINES INC., a foreign corporation; COMPANIA MEXICANA DE AVIACION, S.A. DE C.V., a Mexican Corporation doing business as MEXICANA AIRLINES (an assumed business name), and JOHN DOES 1 THROUGH 10,<br><br>    Defendants.<br>_____/ | No. C 05-04065 WHA<br><br>**NOTICE RE HEARING ON MAY 9, 2006** |

At the in-court hearing on May 9, each side should be prepared to present live testimony form counsel (and others as needed) on the issue of any failure to meet and confer. Bring all notes and correspondence related to this issue.

**IT IS SO ORDERED.**

Dated: May 8, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE