| | |
|---|---|
| 1 | Jennifer J. Johnston (State Bar No.: 125737)<br>James C. Finney (State Bar No.: 237441) |
| 2 | CONDON & FORSYTH LLP<br>1901 Avenue of the Stars, Suite 850 |
| 3 | Los Angeles, California 90067-6010<br>Telephone: (310) 557-2030 |
| 4 | Facsimile: (310) 557-1299<br>Email: jjohnston@condonlaw.com |
| 5 | jfinney@condonlaw.com |
| 6 | Attorneys for Defendant<br>MEXICANA AIRLINES |
| 7 | |
| 8 | Thomas J. Flaherty<br>Attorney at Law, OSB 74096 |
| 9 | 3032 SE Rood Bridge Drive<br>Hillsboro, Oregon 97123 |
| 10 | Telephone: (503) 245-2500<br>Facsimile: (503) 644-8912 |
| 11 | Email: stahlco@teleport.com |
| 12 | Pro Hac Vice Attorney for Plaintiff<br>MARICELA RAMIREZ |
| 13 | Brenda D. Posada (State Bar No. 152480) |
| 14 | Sterns & Walker<br>901 Clay Street |
| 15 | Oakland, California 94607<br>Telephone: (510) 267-0500 |
| 16 | Facsimile: (510) 267-0506<br>Email: brenda@trial-law.com |
| 17 | Attorney for Plaintiff<br>MARICELA RAMIREZ |
| 18 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 21 | | |
| 22 | MARICELA RAMIREZ, ) | Case No. C 05 4065 WHA |
| 23 | Plaintiff, ) <br> ) | JOINT STIPULATION<br>REGARDING ALL |
| 24 | vs. ) <br> ) | OUTSTANDING DISCOVERY<br>MATTERS; [PROPOSED] ORDER |
| 25 | UNITED AIRLINES, INC., a foreign ) <br>corporation; COMPANIA MEXICANA ) | |
| 26 | DE AVIACION, S.A. DE C.V., a )<br>Mexican corporation doing business as ) | |
| 27 | MEXICANA AIRLINES (an assumed )<br>business name), and JOHN DOES 1 ) | |
| 28 | THROUGH 10, ) <br>_____ ) | |

---

JOINT STIPULATION RE RESOLUTION OF ALL DISPUTED
DISCOVERY; [PROPOSED] ORDER
CASE NO.: C 05 4065 WHA

1  Defendants. )
2  _____ )

3     IT IS HEREBY STIPULATED AND AGREED by and among the parties to
4 the above-entitled action, by their respective counsel, that:

5     1.    The parties have met and conferred regarding all outstanding
6 discovery matters.

7     2.    The parties are in mutual agreement that all outstanding issues
8 regarding plaintiff's requests for production of documents are resolved.

9     3.    The parties are in mutual agreement that all outstanding issues
10 regarding plaintiff's interrogatories will be resolved in the following manner:

11     a.    Mexicana will provide the following information to the extent
12 that such information is in its possession;

13     i.    Whether Mexicana Flight No. 905 on October 9, 2005,
14 was equipped with a weather radar system and, if so, whether that system was in
15 operation during the subject flight.

16     ii.    Whether the pilot of Mexicana Flight No. 905 received
17 any updates regarding weather, including ATIS, while enroute from Los Angeles
18 to Mexico City.

19     iii.    Whether the "Fasten Seatbelt" sign was illuminated 30
20 minutes prior to the arrival of Mexicana Flight 905.

21     iv.    Whether the cabin crew received any in-flight warnings
22 of turbulence during the last 30 minutes of Mexicana Flight 905.

23 //
24 //
25 //
26 //
27 //
28

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-2-

JOINT STIPULATION RE RESOLUTION OF ALL DISPUTED
DISCOVERY; [PROPOSED] ORDER
CASE NO.: C 05 4065 WHA

  4. The parties are in mutual agreement that all outstanding issues regarding plaintiff's notice of depositions will be resolved in the following manner:

    a. Mexicana will produce the following individuals for deposition in Los Angeles, California, at a mutually agreed upon date and time:

      i. Captain Raul Jorge Molina Paul

      ii. First Officer Armando Galaz Martinez

      iii. When available, the purser onboard Flight No. 905 on October 9, 2005.

This joint stipulation represents the full and complete resolution of all outstanding discovery issues between the parties, including all outstanding issues regarding plaintiff's interrogatories, document requests, and notice of depositions.

Dated: May 1, 2006      CONDON & FORSYTH LLP

By: _____
FRANK A. SILANE
JENNIFER J. JOHNSTON
JAMES C. FINNEY
Attorneys for Defendant
MEXICANA AIRLINES

Dated: May 2, 2006      THOMAS J. FLAHERTY ATTORNEY AT LAW

By: _____
THOMAS J. FLAHERTY
Pro Hac Vice Attorney for Plaintiff
MARICELA RAMIREZ

-3-
JOINT STIPULATION RE RESOLUTION OF ALL DISPUTED DISCOVERY; [PROPOSED] ORDER
CASE NO. C 05 4065 WHA

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030



1  Dated: May 2, 2006

STERNS & WALKER

By: _____
BRENDA D. POSADA
Attorney for Plaintiff
MARICELA RAMIREZ

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-4-

JOINT STIPULATION RE RESOLUTION OF ALL DISPUTED
DISCOVERY; [PROPOSED] ORDER
CASE NO.: C 05 4065 WHA

1  [~~PROPOSED~~] ORDER

3   On the filing of the joint stipulation of the parties hereto by their respective attorneys, dated May 12, 2006, regarding all outstanding discovery matters,

    IT IS ORDERED that the joint stipulation represents the full and complete resolution of all outstanding discovery issues between the parties, including all outstanding issues regarding plaintiff's interrogatories, document requests, and notice of depositions.

DATED:  May 15      , 2006

_____
HONORABLE WILLIAM ALSUP
United States District Court
Northern District of California

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-5-

JOINT STIPULATION RE RESOLUTION OF ALL DISPUTED DISCOVERY; [~~PROPOSED~~] ORDER
CASE NO.: C 05 4065 WHA