IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARICELA RAMIREZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED AIRLINES INC., a foreign corporation; COMPANIA MEXICANA DE AVIACION, S.A. DE C.V., a Mexican Corporation doing business as MEXICANA AIRLINES (an assumed business name), and JOHN DOES 1 THROUGH 10,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　／ | No. C 05-04065 WHA<br><br>**REQUEST FOR STIPULATED DISMISSAL** |

　　　According to Docket Entry No. 69, the parties have fully settled this action. This order, therefore, requests that the parties submit a stipulated dismissal of this action so that the Court may close the file.

**IT IS SO ORDERED.**

Dated: June 15, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE