1  Frank A. Silane (State Bar No.: 90940)
   Jennifer J. Johnston (State Bar No.: 125737)
2  Richard A. Lazenby (State Bar No.: 202105)
   CONDON & FORSYTH LLP
3  1901 Avenue of the Stars, Suite 850
   Los Angeles, California 90067-6010
4  Telephone: (310) 557-2030
   Facsimile:  (310) 557-1299
5  fsilane@condonlaw.com
   jjohnston@condonlaw.com
6  rlazenby@condonlaw.com

7  Attorneys for Defendant
   MEXICANA AIRLINES
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | MARICELA RAMIREZ,                          ) Case No. C 05 4065 WHA
13 |         Plaintiff,                         ) STIPULATION OF DISMISSAL
                                                ) WITH PREJUDICE AND
14 |    vs.                                     ) [PROPOSED] ORDER
15 | UNITED AIRLINES, INC., a foreign           )
     corporation; COMPANIA MEXICANA             )
16 | DE AVIACION, S.A. DE C.V., a               )
     Mexican corporation doing business as      )
17 | MEXICANA AIRLINES (an assumed              )
     business name), and JOHN DOES 1            )
18 | THROUGH 10,                                )
                                                )
19 |         Defendants.                        )

20

21     Plaintiff Maricela Ramirez and defendant Mexicana Airlines ("Mexicana")

22 hereby request that the above entitled action be dismissed with prejudice pursuant

23 to Federal Rule of Civil Procedure 41 (a)(1) with each party to bear her or its own

24 costs and attorney's fees.

25 //

26 //

27 //

28 //

STIPULATION OF DISMISSAL WITH PREJUDICE AND
(PROPOSED) ORDER
CASE NO.: C05-4065 WHA

| | |
|---|---|
| Dated: ~~June~~ July 14, 2006 | THOMAS J. FLAHERTY ATTORNEY AT LAW<br><br>By: /s/ Thomas Flaherty<br>THOMAS J. FLAHERTY<br>Attorney for Plaintiff<br>MARICELA RAMIREZ |
| Dated: ~~June~~ July 14, 2006 | STERNS & WALKER<br><br>By: /s/ Brenda Posada<br>BRENDA D. POSADA<br>Attorneys for Plaintiff<br>MARICELA RAMIREZ |
| Dated: ~~June~~ July 14, 2006 | CONDON & FORSYTH LLP<br><br>By: /s/ Jennifer Johnston<br>FRANK A. SILANE<br>JENNIFER J. JOHNSTON<br>RICHARD A. LAZENBY<br>Attorneys for Defendant<br>MEXICANA AIRLINES |

### ~~[PROPOSED]~~ ORDER

**IT IS HEREBY ORDERED** that Case No. C 05 4065 is hereby dismissed with prejudice.

Dated: June 17, 2006

_____
Honorable William H. Alsup
United States District Judge

IT IS SO ORDERED
Judge William Alsup

-2-

STIPULATION OF DISMISSAL WITH PREJUDICE AND
[PROPOSED] ORDER
CASE NO.: C05-4065 WHA

** TOTAL PAGE.03 **

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030